B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Wright, Terri** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **2449** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1831 S Springfield<br>1st Floor<br>Chicago, IL**          ZIPCODE **60623** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):          ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)          ZIPCODE | Mailing Address of Joint Debtor (if different from street address):          ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
| --- | --- |
| - [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Wright, Terri** |
|---|---|

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  */s/ Nicolette L Robovsky*                              3/07/08<br>Signature of Attorney for Debtor(s)                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Wright, Terri** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X  */s/ Terri Wright*
Signature of Debtor                                        **Terri Wright**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
**March  7, 2008**
Date

**Signature of a Foreign Representative**

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  */s/ Nicolette L Robovsky*
Signature of Attorney for Debtor(s)

**Nicolette L Robovsky 6278336**
Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**
Firm Name

**77 W Washington, Ste 1218**
Address

**Chicago, IL  60602**

_____
Telephone Number

**March  7, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                     Case No. _____

Wright, Terri _____     Chapter **7** _____

                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation/Adversary Proceedings**
    **Motions to Redeem $400.00**
    **Credit Education Fees**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____  **March  7, 2008**            /s/ Nicolette L Robovsky _____
                Date                                               Signature of Attorney

                                                          **Gleason & Gleason**
                                                          _____
                                                              Name of Law Firm

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

#### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

#### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Wright, Terri**
Printed Name(s) of Debtor(s)

**X** */s/ Terri Wright*                                         **3/07/2008**
Signature of Debtor                                             Date

Case No. (if known) _____

**X** _____
Signature of Joint Debtor (if any)                             Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                                        Case No. _____

**Wright, Terri** _____                    Chapter **7** _____
                                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: **_/s/ Terri Wright_** _____

Date: **March  7, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Wright, Terri                                                          Chapter **7** _____

_____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $      1,925.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $          0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $     88,882.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $      1,926.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $      2,077.00 |
| TOTAL | | 38 | $      1,925.00 | $     88,882.10 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                   Case No. _____

**Wright, Terri**                                                        Chapter **7** _____
_____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 1,926.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,077.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 1,939.00 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 88,882.10 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 88,882.10 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Wright, Terri**
_____     Case No. _____
Debtor(s)                                                                                                          (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | | |
| | | | **TOTAL** | 0.00 |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Wright, Terri** _____    Case No. _____

Debtor(s)    (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash on hand** | | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings account w/ Bell West Credit Union** | | 150.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with landlord is $950.  No cash value to debtor** | | 0.00 |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Normal and necessary household goods, including but not limited to: TV, chairs, sofas, tables, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc books pictures and music** | | 50.00 |
| 6.  Wearing apparel. | | **Clothing** | | 200.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Wright, Terri** _____    Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **Wright, Terri**

_____    Case No. _____

Debtor(s)    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,925.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

**IN RE** Wright, Terri                                                    Case No. _____
_____                                                    (If known)
            Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
    ☐ 11 U.S.C. § 522(b)(2)
    ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on hand** | **735 ILCS 5 §12-1001(b)** | **25.00** | **25.00** |
| **Savings account w/ Bell West Credit Union** | **735 ILCS 5 §12-1001(b)** | **150.00** | **150.00** |
| **Normal and necessary household goods, including but not limited to: TV, chairs, sofas, tables, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | **735 ILCS 5 §12-1001(b)** | **1,500.00** | **1,500.00** |
| **Misc books pictures and music** | **735 ILCS 5 §12-1001(a)** | **50.00** | **50.00** |
| **Clothing** | **735 ILCS 5 §12-1001(a)** | **200.00** | **200.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Wright, Terri**

Debtor(s)                                                                     Case No. _____

                                                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

Subtotal
(Total of this page)    $              $

Total
(Use only on last page)    $              $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Wright, Terri _____    Case No. _____
            Debtor(s)                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Wright, Terri
_____    Case No. _____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **a0016714460** <br><br> **Acl Laboratories** <br> **8901 W Lincoln Ave** <br> **West Allis, WI  53227-2409** | | | **Medical/Dental bill** | | | | **327.00** |
| ACCOUNT NO. <br><br> **Acl Collection Services** <br> **PO Box 27901** <br> **Milwaukee, WI  53227-0901** | | | **Assignee or other notification for:** <br> **Acl Laboratories** | | | | |
| ACCOUNT NO. **002120** <br><br> **Advanced Respiratory Supply** <br> **PO Box 597757** <br> **Chicago, IL  60659-7757** | | | **Medical/Dental bill** | | | | **215.00** |
| ACCOUNT NO. **704903046, 704804608** <br><br> **Advocate Illinois Masonic** <br> **PO Box 510410** <br> **Saint Louis, MO  63151-0410** | | | **Medical/Dental bills** | | | | **597.00** |

_____**25** continuation sheets attached

Subtotal
(Total of this page)    $ **1,139.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE __Wright, Terri_____   Case No. _____
                          Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **409708657**<br>**Advocate Illinois Masonic**<br>**PO Box 711943**<br>**Cincinnati, OH 45271-0001** | | | **Medical/Dental bill** | | | | **7.00** |
| ACCOUNT NO. **2000530449**<br>**Afni Inc**<br>**PO Box 3427**<br>**Bloomington, IL 61702-3427** | | | **Utility bill** | | | | **317.00** |
| ACCOUNT NO.<br>**AT & T**<br>**PO Box 806**<br>**Norwell, MA 02061-0806** | | | **Assignee or other notification for:**<br>**Afni Inc** | | | | |
| ACCOUNT NO. **123773**<br>**Allgate Financial Llc**<br>**For Check N Go**<br>**707 Skokie Blvd Ste 375**<br>**Northbrook, IL 60062-2882** | | | **Open account opened 7/07** | | | | **225.00** |
| ACCOUNT NO.<br>**AAM Inc**<br>**30 Georgetown Square Ste 104**<br>**Wood Dale, IL 60191** | | | **Assignee or other notification for:**<br>**Allgate Financial Llc** | | | | |
| ACCOUNT NO.<br>**Check N Go**<br>**800 N Kedzie Ave**<br>**Chicago, IL 60651-4100** | | | **Assignee or other notification for:**<br>**Allgate Financial Llc** | | | | |
| ACCOUNT NO.<br>**National Credit Adjustors**<br>**327 W 4th Ave**<br>**Hutchinson, KS 67501-4842** | | | **Assignee or other notification for:**<br>**Allgate Financial Llc** | | | | |

Sheet no. __1__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **549.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri** _____   Case No. _____
                        Debtor(s)                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5077205**<br>**Amsher Coll**<br>**600 Beacon Pkwy We Suite 300**<br>**Birmingham, AL  35209** | | | **Open account opened 8/05** | | | | **610.00** |
| ACCOUNT NO.<br>**T Mobile**<br>**PO Box 702727**<br>**Dallas, TX  75370-2727** | | | **Assignee or other notification for:**<br>**Amsher Coll** | | | | |
| ACCOUNT NO. **2232271776**<br>**Anchor Receivables Management**<br>**PO Box 41003**<br>**Norfolk, VA  23541-1003** | | | **Collections** | | | | **686.00** |
| ACCOUNT NO. **1008168865**<br>**Anderson Fin Network**<br>**PO Box 3427**<br>**Bloomington, IL  61702-3427** | | | **Open account opened 7/04** | | | | **132.00** |
| ACCOUNT NO.<br>**Cbe Group**<br>**131 Tower Pkwy, Ste 100**<br>**PO Box 2635**<br>**Waterloo, IA  50704-2635** | | | **Assignee or other notification for:**<br>**Anderson Fin Network** | | | | |
| ACCOUNT NO.<br>**Dish Network**<br>**Dept 0063**<br>**Palatine, IL  60055-0001** | | | **Assignee or other notification for:**<br>**Anderson Fin Network** | | | | |
| ACCOUNT NO. **1000597183**<br>**Armor Systems Co**<br>**2322 N Green Bay Rd**<br>**Waukegan, IL  60087-4209** | | | **Collections** | | | | **714.00** |

Sheet no. **2** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **2,142.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) (Cont.)

IN RE **Wright, Terri** _____    Case No. _____
       Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Athletico Sports Medicine**<br>**2450 Wolf Rd**<br>**Westchester, IL  60154-5634** | | | **Medical/Dental bill** | | | | **245.00** |
| ACCOUNT NO. **00953547398**<br>**Blockbuster 17387**<br>**200 Lake St**<br>**Oak Park, IL  60302-2609** | | | **Membership/ Subscription fees** | | | | **28.00** |
| ACCOUNT NO.<br>**Credit Protection Assoc**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX  75240-6837** | | | **Assignee or other notification for:**<br>**Blockbuster 17387** | | | | |
| ACCOUNT NO.<br>**C Michael, DDS**<br>**C/O Leahy & Associates**<br>**310 S Racine Ave Ste 700**<br>**Chicago, IL  60607-2841** | | | **Medical/Dental bill** | | | | **71.20** |
| ACCOUNT NO. **7734899218, 9063058**<br>**Calvary Portfolio/collection**<br>**3rd Floor**<br>**Hawthorne, NY  10532** | | | **Open account opened 3/06** | | | | **242.00** |
| ACCOUNT NO.<br>**At&T**<br>**PO Box 8212**<br>**Aurora, IL  60572-8212** | | | **Assignee or other notification for:**<br>**Calvary Portfolio/collection** | | | | |
| ACCOUNT NO.<br>**First Revenue Assurance**<br>**PO Box 5818**<br>**Denver, CO  80217-5818** | | | **Assignee or other notification for:**<br>**Calvary Portfolio/collection** | | | | |

Sheet no. **3** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **586.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri** _____   Case No. _____
     Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Risk Management Alternatives**<br>**PO Box 105816**<br>**Atlanta, GA  30348-5816** | | | Assignee or other notification for:<br>**Calvary Portfolio/collection** | | | | |
| ACCOUNT NO. **6092217**<br>**Certified Services Inc**<br>**For Lakeview Anesthesia**<br>**1733 Washington St Uppr 2**<br>**Waukegan, IL  60085-5192** | | | **Open account opened 2/07** | | | | 166.00 |
| ACCOUNT NO.<br>**Lakeview Anesthesia**<br>**PO Box 70**<br>**Lake Forest, IL  60045-0070** | | | Assignee or other notification for:<br>**Certified Services Inc** | | | | |
| ACCOUNT NO. **272913**<br>**Chicago Central Emergency**<br>**C/O United Collections Bureau**<br>**3131 S Dixie Dr Ste 600**<br>**Dayton, OH  45439-2236** | | | **Medical/Dental bill** | | | | 235.00 |
| ACCOUNT NO.<br>**Chicagoland Orthodontics Specialists**<br>**2500 S Highland Ave Ste 100**<br>**Lombard, IL  60148-5381** | | | **Medical/Dental bill** | | | | 71.20 |
| ACCOUNT NO.<br>**Christine Michaels**<br>**2500 S Highland Ave Ste 100**<br>**Lombard, IL  60148-5381** | | | **Medical/Dental bill** | | | | 1,704.00 |
| ACCOUNT NO. **241561451**<br>**Citizens Financial**<br>**3853 45th St**<br>**Highland, IN  46322-3009** | | | **bank fees** | | | | 880.00 |

Sheet no. **4** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,056.20**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Wright, Terri
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Chex Systems<br>7805 Hudson Rd Ste 100<br>Saint Paul, MN 55125-1595** | | | Assignee or other notification for:<br>**Citizens Financial** | | | | |
| ACCOUNT NO. **0098316709**<br>**City Of Chicago Bureau Of Parking<br>Dept Of Revenue<br>333 S State St Ste 540<br>Chicago, IL 60604-3992** | | | **tickets** | | | | **150.00** |
| ACCOUNT NO.<br>**Arnold Scott Harris<br>600 W. Jackson Blvd, Suite 720<br>PO Box 5625<br>Chicago, IL 60680-5625** | | | Assignee or other notification for:<br>**City Of Chicago Bureau Of Parking** | | | | |
| ACCOUNT NO. **631002660801**<br>**Cmntyprp Mng<br>2901 Butterfield Rd<br>Oak Brook, IL 60523-1106** | | | **Installment account opened 10/98** | | | | **4,925.00** |
| ACCOUNT NO.<br>**Harvard Collection Services<br>4839 N Elston Ave<br>Chicago, IL 60630-2534** | | | Assignee or other notification for:<br>**Cmntyprp Mng** | | | | |
| ACCOUNT NO.<br>**Mid America Real Estate<br>1 Parkview Plz Ste 900<br>Oakbrook Terrace, IL 60181-4731** | | | Assignee or other notification for:<br>**Cmntyprp Mng** | | | | |
| ACCOUNT NO.<br>**Columbia Water Department<br>502 Courthouse Sq<br>Columbia, MS 39429-2906** | | | **Utility bill** | | | | **300.00** |

Sheet no. **5** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **5,375.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Wright, Terri
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0667017012, 9928139 <br><br> **Com Ed Exelon** <br> **Bankruptcy** <br> **2100 Swift Dr** <br> **Oak Brook, IL  60523-1559** | | | **Open account opened 7/06** | | | | **172.00** |
| ACCOUNT NO. <br><br> **Harvard Collection Services** <br> **4839 N Elston Ave** <br> **Chicago, IL  60630-2534** | | | **Assignee or other notification for:** <br> **Com Ed Exelon** | | | | |
| ACCOUNT NO. <br><br> **Reed Smith** <br> **10 S Wacker Dr** <br> **Chicago, IL  60606-7453** | | | **Assignee or other notification for:** <br> **Com Ed Exelon** | | | | |
| ACCOUNT NO. 01017587022 <br><br> **Comcast** <br> **PO Box 3002** <br> **Southeastern, PA  19398-3002** | | | **Utility bill** | | | | **185.00** |
| ACCOUNT NO. <br><br> **Credit Protection Assoc** <br> **13355 Noel Rd Ste 2100** <br> **Dallas, TX  75240-6837** | | | **Assignee or other notification for:** <br> **Comcast** | | | | |
| ACCOUNT NO. 656804622 <br><br> **Credit Protect Assoc** <br> **PO Box 802068** <br> **Dallas, TX  75380-2068** | | | **Installment account opened 3/02** | | | | **695.00** |
| ACCOUNT NO. <br><br> **At&T Broadband** <br> **PO Box 173885** <br> **Denver, CO  80217-3885** | | | **Assignee or other notification for:** <br> **Credit Protect Assoc** | | | | |

Sheet no. __6__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,052.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Wright, Terri

_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0805004405606<br><br>**Dominicks Finer Foods**<br>**C/O Merchant's Credit Guide**<br>**223 W Jackson Blvd**<br>**Chicago, IL 60606-6908** | | | **Collections** | | | | 575.00 |
| ACCOUNT NO. pught00002<br><br>**Dr Jeffrey Manasse & Associates**<br>**PO Box 822**<br>**Park Ridge, IL 60068-0822** | | | **Medical/Dental bill** | | | | 81.70 |
| ACCOUNT NO. 1760164<br><br>**Dupage Emergency Physicians**<br>**609 Academy Dr**<br>**Northbrook, IL 60062-2420** | | | **Medical/Dental bill** | | | | 174.00 |
| ACCOUNT NO. d023793, 11216235<br><br>**Enterprise Rent A Car**<br>**10S636 Kingery Hwy**<br>**Willowbrook, IL 60527-0730** | | | **nsf check** | | | | 751.00 |
| ACCOUNT NO.<br><br>**Certegy Payment Recovery**<br>**11601 Roosevelt Blvd N**<br>**Saint Petersburg, FL 33716-2202** | | | **Assignee or other notification for:**<br>**Enterprise Rent A Car** | | | | |
| ACCOUNT NO. 7608309<br><br>**Ffcc-columbus Inc**<br>**1550 Old Henderson Rd**<br>**Columbus, OH 43220-3626** | | | **Open account opened 6/07** | | | | 82.00 |
| ACCOUNT NO.<br><br>**Mark Allen Berk, MD**<br>**3000 N Halsted St Ste 201**<br>**Chicago, IL 60657-5190** | | | **Assignee or other notification for:**<br>**Ffcc-columbus Inc** | | | | |

Sheet no. **7** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,663.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Wright, Terri**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8060151937927455a**<br><br>**Fingerhut**<br>**PO Box 1250**<br>**Saint Cloud, MN  56395-1250** | | | **Collections** | | | | **275.00** |
| ACCOUNT NO.<br><br>**Law Offices Of Mitchell N Kay**<br>**205 W Randolph St Ste 920**<br>**Chicago, IL  60606-1814** | | | **Assignee or other notification for:**<br>**Fingerhut** | | | | |
| ACCOUNT NO.<br><br>**Plaza Associates**<br>**PO Box 18008**<br>**Hauppauge, NY  11788-8808** | | | **Assignee or other notification for:**<br>**Fingerhut** | | | | |
| ACCOUNT NO. **5770915419864011**<br><br>**First Consumers National Bank**<br>**PO Box 19657**<br>**Irvine, CA  92623-9657** | | | **Revolving credit card charges incurred over the past several years.** | | | | **478.00** |
| ACCOUNT NO.<br><br>**Fma Alliance, Ltd**<br>**11811 North Fwy Ste 900**<br>**Houston, TX  77060-3292** | | | **Assignee or other notification for:**<br>**First Consumers National Bank** | | | | |
| ACCOUNT NO.<br><br>**Northland Group**<br>**7831 Glenroy Rd Ste 350**<br>**Minneapolis, MN  55439-3108** | | | **Assignee or other notification for:**<br>**First Consumers National Bank** | | | | |
| ACCOUNT NO.<br><br>**Forest General Hospital**<br>**6051 U S Highway 49**<br>**Hattiesburg, MS  39401-7200** | | | **Medical/Dental bill** | | | | **5,402.00** |

Sheet no. **8** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **6,155.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Wright, Terri**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Frank W Zappa, Dpm** <br> **1000 Lake St Ste B** <br> **Oak Park, IL  60301-1128** | | | **Medical/Dental bill** | | | | 100.00 |
| ACCOUNT NO. <br> **Gamepro** <br> **PO Box 37577** <br> **Boone, IA  50037-0577** | | | **Membership/ Subscription fees** | | | | 29.00 |
| ACCOUNT NO. <br> **Gautam Gupta, MD** <br> **6090 Strathmoor Dr Ste 4** <br> **Rockford, IL  61107-5200** | | | **Medical/Dental bill** | | | | 1,400.00 |
| ACCOUNT NO. **2078861, 2082668** <br> **Genesis Clinical Labs** <br> **3231 Euclid Ave** <br> **Berwyn, IL  60402-3471** | | | **Medical/Dental bill** | | | | 2,217.00 |
| ACCOUNT NO. <br> **Tri-County Accounts Bureau** <br> **PO Box 515** <br> **Wheaton, IL  60189-0515** | | | **Assignee or other notification for: Genesis Clinical Labs** | | | | |
| ACCOUNT NO. **105170633** <br> **Good Samaritan Hospital** <br> **3815 Highland Ave** <br> **Downers Grove, IL  60515-1500** | | | **Medical/Dental bill** | | | | 118.00 |
| ACCOUNT NO. <br> **Medical Recovery Specialists, Inc.** <br> **2200 E Devon Ave Ste 288** <br> **Des Plaines, IL  60018-4521** | | | **Assignee or other notification for: Good Samaritan Hospital** | | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. **9** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,864.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

IN RE **Wright, Terri** _____,    Case No. _____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Pellettieri & Associates**<br>**991 Oak Creek Dr**<br>**Lombard, IL  60148-6408** | | | Assignee or other notification for:<br>**Good Samaritan Hospital** | | | | |
| ACCOUNT NO. **0507270003**<br>**Harvard Family Physicians**<br>**2325 S Harvard Ave Ste 108**<br>**Tulsa, OK  74114-3309** | | | **Medical/Dental bill** | | | | 80.00 |
| ACCOUNT NO. **19523**<br>**Head & Neck & Cosmetic Surgergy Assoc**<br>**135 S Lasalle, Dept 4736**<br>**Chicago, IL  60674-0001** | | | **Medical/Dental bill** | | | | 9,550.00 |
| ACCOUNT NO.<br>**Merchants Credit Guide Co.**<br>**Executive Offices**<br>**223 W Jackson Blvd Ste 900**<br>**Chicago, IL  60606-6912** | | | Assignee or other notification for:<br>**Head & Neck & Cosmetic Surgergy Assoc** | | | | |
| ACCOUNT NO. **10784**<br>**Healthcare Associates For Women**<br>**C/O Westbank**<br>**1 Westbrook**<br>**Westchester, IL  60154** | | | **Medical/Dental bill** | | | | 12,570.00 |
| ACCOUNT NO.<br>**Healthcare For Women**<br>**Attn:  Accounting Dept**<br>**3 Westbrook Corp Ctr Ste 100**<br>**Westchester, IL  60154-5727** | | | Assignee or other notification for:<br>**Healthcare Associates For Women** | | | | |
| ACCOUNT NO.<br>**Leahy & Associates**<br>**310 S Racine Ave Ste 700**<br>**Chicago, IL  60607-2841** | | | Assignee or other notification for:<br>**Healthcare Associates For Women** | | | | |

Sheet no. **10** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **22,200.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri** _____ Case No. _____
           Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Transworld Systems<br>25 NW Point Blvd Ste 750<br>Elk Grove Village, IL 60007-1058** | | | Assignee or other notification for:<br>**Healthcare Associates For Women** | | | | |
| ACCOUNT NO.<br>**Highland Furniture<br>500 N Highland Ave<br>Aurora, IL 60506-2938** | | | **Collections** | | | | **500.00** |
| ACCOUNT NO.<br>**Home Sleep Diagnostics<br>2522 W Peterson Ave<br>Chicago, IL 60659-4109** | | | **Medical/Dental bill** | | | | **2,040.00** |
| ACCOUNT NO. **4241865026**<br>**I C System<br>PO Box 64378<br>Saint Paul, MN 55164-0378** | | | **Open account opened 8/06** | | | | **81.00** |
| ACCOUNT NO.<br>**IQ Telecom<br>3221 Burr Oak Ave<br>Blue Island, IL 60406-1829** | | | Assignee or other notification for:<br>**I C System** | | | | |
| ACCOUNT NO. **9543232**<br>**Illinois Collection Se<br>For Univ Of Ill. Dept Of Orthopedics<br>8231 185th St Ste 100<br>Tinley Park, IL 60487-9356** | | | **Open account opened 1/07** | | | | **2,296.00** |
| ACCOUNT NO.<br>**Univ Of Illinois Dept Of Orthopedics<br>1801 W Taylor St<br>Chicago, IL 60612-4319** | | | Assignee or other notification for:<br>**Illinois Collection Se** | | | | |

Sheet no. **11** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal
       (Total of this page) $ **4,917.00**

           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri** _____    Case No. _____
                Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9690076, 9689746** <br><br> **Illinois Collection Se** <br> **8231 185th St Ste 100** <br> **Tinley Park, IL  60487-9356** | | | Collections for Medical/Dental bills.  Open account opened 3/07 | | | | 348.00 |
| ACCOUNT NO. <br><br> **U Of I E/R** <br> **1740 W Taylor St** <br> **Chicago, IL  60612-7232** | | | Assignee or other notification for: Illinois Collection Se | | | | |
| ACCOUNT NO. **9406671** <br><br> **Illinois Collection Se** <br> **8231 185th St Ste 100** <br> **Tinley Park, IL  60487-9356** | | | Open account opened 11/06 | | | | 62.00 |
| ACCOUNT NO. <br><br> **Univ Of Ill - Radiology** <br> **1740 W Taylor St # 2483** <br> **Chicago, IL  60612-7232** | | | Assignee or other notification for: Illinois Collection Se | | | | |
| ACCOUNT NO. **704804608** <br><br> **Illinois Masonic Medical Center** <br> **836 W Wellington Ave** <br> **Chicago, IL  60657-5147** | | | Medical/Dental bill | | | | 1,812.00 |
| ACCOUNT NO. <br><br> **Medical Recovery Specialists, Inc.** <br> **2250 E Devon Ave Ste 352** <br> **Des Plaines, IL  60018-4521** | | | Assignee or other notification for: Illinois Masonic Medical Center | | | | |
| ACCOUNT NO. <br><br> **Immc Radiologist** <br> **9410 Compubill Dr** <br> **Orland Park, IL  60462-2627** | | | Medical/Dental bill | | | | 8.00 |

Sheet no. __**12**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $  **2,230.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wright, Terri** _____    Case No. _____
       Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **105000183**<br><br>**K Kenneth Eng, MD, SC<br>PO Box 4008<br>Schaumburg, IL 60168-4008** | | | **Medical/Dental bill** | | | | **2,310.00** |
| ACCOUNT NO. **6467293**<br><br>**K-Mart<br>100 Crisler Ave<br>Crescent Springs, KY 41017-1657** | | | **Revolving credit card charges incurred over the past several years.** | | | | **205.00** |
| ACCOUNT NO.<br><br>**Friedman & Wexler<br>500 W Madison St Ste 2910<br>Chicago, IL 60661-4571** | | | **Assignee or other notification for:<br>K-Mart** | | | | |
| ACCOUNT NO. **7644596m 7644597**<br><br>**Kca Financial Svcs<br>For U Of I Dept Of Pediatrics<br>628 North St<br>Geneva, IL 60134-1356** | | | **Collections for Medical/Dental bills. Open account opened 3/06** | | | | **492.00** |
| ACCOUNT NO.<br><br>**U Of I Dept Of Pediatrics Ww<br>1740 W Taylor St<br>Chicago, IL 60612-7232** | | | **Assignee or other notification for:<br>Kca Financial Svcs** | | | | |
| ACCOUNT NO. **19198**<br><br>**Loyola University Medical Center<br>2160 S 1st Ave<br>Maywood, IL 60153-3328** | | | **Medical/Dental bill** | | | | **216.00** |
| ACCOUNT NO.<br><br>**Nco/ Collection Agency<br>PO Box 7602<br>Fort Washington, PA 19034** | | | **Assignee or other notification for:<br>Loyola University Medical Center** | | | | |

Sheet no. **13** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
(Total of this page) | $ | **3,223.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Wright, Terri** _____    Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **87886205** <br> **M Ramez Salem MD And Assoc** <br> **222 E Dundee Rd** <br> **Wheeling, IL 60090-3009** | | | **Medical/Dental bill** | | | | **51.00** |
| ACCOUNT NO. <br> **Marion Medical Center** <br> **1200 Military St S** <br> **Hamilton, AL 35570-5003** | | | **Medical/Dental bill** | | | | **800.00** |
| ACCOUNT NO. <br> **Marion County Health Dept** <br> **908 Sumrall Rd** <br> **Columbia, MS 39429-2652** | | | **Assignee or other notification for:** <br> **Marion Medical Center** | | | | |
| ACCOUNT NO. **Wa7172ua1** <br> **Med Busi Bur** <br> **1460 Renaissance D Suite 400** <br> **Park Ridge, IL 60068** | | | **Open account opened 10/06** | | | | **595.00** |
| ACCOUNT NO. <br> **Med1 Medical** | | | **Assignee or other notification for:** <br> **Med Busi Bur** | | | | |
| ACCOUNT NO. **W80064ue1** <br> **Med Busi Bur** <br> **1460 Renaissance D Suite 400** <br> **Park Ridge, IL 60068** | | | **Open account opened 11/04** | | | | **333.00** |
| ACCOUNT NO. <br> **Med1 Medical** | | | **Assignee or other notification for:** <br> **Med Busi Bur** | | | | |

Sheet no. **14** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,779.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri** _____    Case No. _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Mercy Hospital And Medical Center** <br> **Physician Billing** <br> **2525 S Michigan Ave # 2** <br> **Chicago, IL  60616-2333** | | | Medical/Dental bill | | | | 858.00 |
| ACCOUNT NO. **86130001566880** <br> **Midwest Diagnostic Pathology, Sc** <br> **641 E Butterfield Rd Ste 407** <br> **Lombard, IL  60148-5605** | | | Medical/Dental bill | | | | 100.00 |
| ACCOUNT NO. **86120003039508** <br> **Midwest Diagnostic Pathology, Sc** <br> **641 E Butterfield Rd Ste 407** <br> **Lombard, IL  60148-5605** | | | Medical/Dental bill | | | | 18.00 |
| ACCOUNT NO. <br> **Midwest Orthopaedics At Rush** <br> **1725 W Harrison St Ste 1063** <br> **Chicago, IL  60612-3835** | | | Medical/Dental bill | | | | 323.00 |
| ACCOUNT NO. <br> **Mississippi Electric** <br> **308 Moselle Seminary Rd** <br> **Moselle, MS  39459-8934** | | | Utility bill | | | | 250.00 |
| ACCOUNT NO. **6232680, 5759724, 6287151** <br> **Mrsi** <br> **2250 E Devon Ave Ste 352** <br> **Des Plaines, IL  60018-4521** | | | Collections for Medical/Dental bills.  Open account opened 2/07 | | | | 1,911.00 |
| ACCOUNT NO. <br> **Illinois Masonic Medical Center** <br> **836 W Wellington Ave** <br> **Chicago, IL  60657-5147** | | | Assignee or other notification for: Mrsi | | | | |

Sheet no. __15__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,460.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Wright, Terri**
_____          Case No. _____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7379245, 6303081984003**<br>**Nco/ Collection Agency**<br>**PO Box 4907**<br>**Trenton, NJ 08650-4907** | | | **Open account opened 7/05** | | | | **1,102.00** |
| ACCOUNT NO.<br>**Verizon Wireless**<br>**404 Brock Dr**<br>**Bloomington, IL 61701-2654** | | | **Assignee or other notification for:**<br>**Nco/ Collection Agency** | | | | |
| ACCOUNT NO.<br>**Verizon Wireless**<br>**777 Big Timber Rd**<br>**Elgin, IL 60123-1488** | | | **Assignee or other notification for:**<br>**Nco/ Collection Agency** | | | | |
| ACCOUNT NO. **5770915419864011**<br>**Newport News**<br>**5100 City Line Road**<br>**Hampton, VA 23630-2000** | | | **Revolving credit card charges incurred over the past several years.** | | | | **530.00** |
| ACCOUNT NO.<br>**Enhanced Recovery Corporation**<br>**PO Box 1967**<br>**Southgate, MI 48195-0967** | | | **Assignee or other notification for:**<br>**Newport News** | | | | |
| ACCOUNT NO.<br>**Evergreeen Professional Recoveries**<br>**PO Box 666**<br>**Bothell, WA 98041-0666** | | | **Assignee or other notification for:**<br>**Newport News** | | | | |
| ACCOUNT NO.<br>**Midland Credit Management**<br>**8875 Aero Dr Ste 200**<br>**San Diego, CA 92123-2255** | | | **Assignee or other notification for:**<br>**Newport News** | | | | |

Sheet no. **16** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,632.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  Wright, Terri
_____            Case No. _____
Debtor(s)                                                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Plaza Associates**<br>**PO Box 18008**<br>**Hauppauge, NY  11788-8808** | | | Assignee or other notification for:<br>**Newport News** | | | | |
| ACCOUNT NO.<br>**True Logic Financial Corporation**<br>**PO Box 4437**<br>**Englewood, CO  80155-4437** | | | Assignee or other notification for:<br>**Newport News** | | | | |
| ACCOUNT NO. **4301142**<br>**Northwestern Medical Faculty Foundatoin**<br>**38693 Eagle Way**<br>**Chicago, IL  60678-1386** | | | **Medical/Dental bill** | | | | **126.00** |
| ACCOUNT NO.<br>**Illinois Collection Serv**<br>**3101 W 95th St**<br>**Evergreen Park, IL  60805-2407** | | | Assignee or other notification for:<br>**Northwestern Medical Faculty Foundatoin** | | | | |
| ACCOUNT NO. **h04983458**<br>**Oak Park Hospital**<br>**Patient Accts**<br>**520 S Maple Ave**<br>**Oak Park, IL  60304-1022** | | | **Medical/Dental bills** | | | | **634.00** |
| ACCOUNT NO.<br>**Cash Flow Consultants**<br>**PO Box 1527**<br>**Bridgeview, IL  60455-0527** | | | Assignee or other notification for:<br>**Oak Park Hospital** | | | | |
| ACCOUNT NO.<br>**Leahy & Associates**<br>**310 S Racine Ave Ste 700**<br>**Chicago, IL  60607-2841** | | | Assignee or other notification for:<br>**Oak Park Hospital** | | | | |

Sheet no. __**17**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  **760.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Wright, Terri** _____ Case No. _____
　　　　　　Debtor(s) 　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **362644178** <br><br>**Our Lady Of Resurrection Medical Center** <br>**5645 W Addison St** <br>**Chicago, IL 60634-4403** | | | Medical/Dental bill | | | | 70.00 |
| ACCOUNT NO. **4080570007308654** <br><br>**Park Dansan Collections** <br>**PO Box 248** <br>**Gastonia, NC 28053-0248** | | | Open account opened 7/06.  Act No: 7734899218 | | | | 254.00 |
| ACCOUNT NO. <br><br>**Cbe Group** <br>**131 Tower Pkwy, Ste 100** <br>**PO Box 2635** <br>**Waterloo, IA 50704-2635** | | | Assignee or other notification for: Park Dansan Collections | | | | |
| ACCOUNT NO. <br><br>**MCI APD - Bankruptcy** <br>**500 Technology Dr Ste 300** <br>**Weldon Spring, MO 63304-2219** | | | Assignee or other notification for: Park Dansan Collections | | | | |
| ACCOUNT NO. <br><br>**Payam Zarei, DDS** <br>**1752 N Taft Ave** <br>**Berkeley, IL 60163-1555** | | | Medical/Dental bill | | | | 224.00 |
| ACCOUNT NO. **2500028453503** <br><br>**Peoples Energy** <br>**130 E Randolph St** <br>**Chicago, IL 60601-6207** | | | Utility bill | | | | 102.00 |
| ACCOUNT NO. **250002845, 198492** <br><br>**Peoples Engy** <br>**130 E Randolph St** <br>**Chicago, IL 60601-6207** | | | Collections for Utility bill.  Open account opened 3/02 | | | | 1,347.00 |

Sheet no. **18** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,997.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE **Wright, Terri** _____    Case No. _____
                   Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Harris & Harris <br> 600 W Jackson Blvd Ste 700 <br> Chicago, IL  60661-5629** | | | Assignee or other notification for: <br> Peoples Engy | | | | |
| ACCOUNT NO. <br> **Harris & Harris <br> 600 W Jackson Blvd Ste 700 <br> Chicago, IL  60661-5629** | | | Assignee or other notification for: <br> Peoples Engy | | | | |
| ACCOUNT NO. <br> **State Collection Service <br> 2509 S Stoughton Rd <br> Madison, WI  53716-3314** | | | Assignee or other notification for: <br> Peoples Engy | | | | |
| ACCOUNT NO. **5400500022740606** <br> **Prime Cable Of Chicago <br> 4501 W Irving Park Rd <br> Chicago, IL  60641-2810** | | | Utility bill | | | | 334.00 |
| ACCOUNT NO. <br> **Credit Protection Assoc <br> 13355 Noel Rd Ste 2100 <br> Dallas, TX  75240-6837** | | | Assignee or other notification for: <br> Prime Cable Of Chicago | | | | |
| ACCOUNT NO. **447651, 1600485** <br> **Risk Management Alternatives <br> 2200 S Busse Rd <br> Mount Prospect, IL  60056-5543** | | | Collections | | | | 310.00 |
| ACCOUNT NO. <br> **Robert Glick DPM <br> 1630 W 18th St <br> Chicago, IL  60608-2817** | | | Medical/Dental bill | | | | 245.00 |

Sheet no. **19** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **889.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri**
_____        Case No. _____
          Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **h04983458** <br> **Rush Oak Park Hospital** <br> **520 S Maple Ave** <br> **Oak Park, IL  60304-1022** | | | **Medical/Dental bill** | | | | **64.00** |
| ACCOUNT NO. <br> **Troy Q. Smith & Assoc** <br> **100 W Roosevelt Rd Bldg B-7** <br> **Wheaton, IL  60187-5260** | | | **Assignee or other notification for: Rush Oak Park Hospital** | | | | |
| ACCOUNT NO. **1473457, 00326441** <br> **Rush University Medical Center** <br> **Emergency Services** <br> **22758 Network Place** <br> **Chicago, IL  60673-1227** | | | **Medical/Dental bill** | | | | **39.00** |
| ACCOUNT NO. <br> **Medical Collection Systems** <br> **725 S Wells St Ste 700** <br> **Chicago, IL  60607-4578** | | | **Assignee or other notification for: Rush University Medical Center** | | | | |
| ACCOUNT NO. **50424551028** <br> **Rush University Medical Center** <br> **1700 W Van Buren St Rm 161** <br> **Chicago, IL  60612-3228** | | | **Medical/Dental bill** | | | | **25.00** |
| ACCOUNT NO. **63045519849413** <br> **Sbc** <br> **Bankruptcy Dept** <br> **225 W Randolph St Ste 27A** <br> **Chicago, IL  60606-1838** | | | **Utility bill** | | | | **354.00** |
| ACCOUNT NO. <br> **Money Control, Inc** <br> **7891 Mission Grove Pkwy S Ste A** <br> **Riverside, CA  92508-6004** | | | **Assignee or other notification for: Sbc** | | | | |

Sheet no. **20** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **482.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Wright, Terri** _____   Case No. _____
    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1050082779**<br>**Silkies**<br>**PO Box 34369**<br>**Lancaster, SC  29722-0001** | | | **consumer debt** | | | | **17.00** |
| ACCOUNT NO.<br>**Retrieval Masters Credit Bureau**<br>**2269 Saw Mill River Rd Ste 3**<br>**Elmsford, NY  10523-3848** | | | **Assignee or other notification for:**<br>**Silkies** | | | | |
| ACCOUNT NO. **004357**<br>**Sleep Diagnostics**<br>**3322 W Arthur Ave**<br>**Lincolnwood, IL  60712-3806** | | | **Medical/Dental bill** | | | | **241.00** |
| ACCOUNT NO. **603846**<br>**Sparkling Spring Water Co**<br>**700 N Deerpath Dr**<br>**Vernon Hills, IL  60061-1802** | | | **Utility bill** | | | | **241.00** |
| ACCOUNT NO. **603846**<br>**Sparkling Spring Water Co**<br>**700 N Deerpath Dr**<br>**Vernon Hills, IL  60061-1802** | | | **Utility bill** | | | | **585.00** |
| ACCOUNT NO.<br>**Michael A Angileri**<br>**3 Golf Ctr Ste 352**<br>**Hoffman Estates, IL  60169-4910** | | | **Assignee or other notification for:**<br>**Sparkling Spring Water Co** | | | | |
| ACCOUNT NO. **1926416, 1926444**<br>**Statewide Cr**<br>**PO Box 781268**<br>**Indianapolis, IN  46278-8268** | | | **Collections.  Open account opened 10/03** | | | | **360.00** |

Sheet no. __**21**__ of __**25**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,444.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) Cont.

IN RE **Wright, Terri** _____        Case No. _____
               Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Roaman's<br>PO Box 8383<br>Indianapolis, IN  46283-8383** | | | Assignee or other notification for:<br>**Statewide Cr** | | | | |
| ACCOUNT NO.<br>**Roamans Inc Bank Card Def<br>PO Box 4408<br>Taunton, MA  02780-0433** | | | Assignee or other notification for:<br>**Statewide Cr** | | | | |
| ACCOUNT NO. **389766530**<br>**T Mobile<br>PO Box 742596<br>Cincinnati, OH  45274-2596** | | | **Utility bill** | | | | **610.00** |
| ACCOUNT NO. **121312106205**<br>**Tcf Bank<br>800 Burr Ridge Pkwy<br>Burr Ridge, IL  60527-6486** | | | **bank fees** | | | | **650.00** |
| ACCOUNT NO.<br>**Chex Systems<br>7805 Hudson Rd Ste 100<br>Saint Paul, MN  55125-1595** | | | Assignee or other notification for:<br>**Tcf Bank** | | | | |
| ACCOUNT NO.<br>**Millenium Credit Consultants<br>PO Box 18160<br>Saint Paul, MN  55118-0160** | | | Assignee or other notification for:<br>**Tcf Bank** | | | | |
| ACCOUNT NO.<br>**Telecheck<br>5251 Westheimer Rd<br>Houston, TX  77056-5412** | | | Assignee or other notification for:<br>**Tcf Bank** | | | | |

Sheet no. **22** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **1,260.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Wright, Terri** _____   Case No. _____
      Debtor(s)      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **U Of Il Hosp Model Clinics** <br> **809 S Marshfield Ave, 9th Flr** <br> **Chicago, IL  60612-4305** | | | Medical/Dental bill | | | | 260.00 |
| ACCOUNT NO. **ila0046222aaa** <br> **Uic Pathology** <br> **4810 Paysphere Circle** <br> **Chicago, IL  60674-0048** | | | Medical/Dental bill | | | | 8.00 |
| ACCOUNT NO. **16259507** <br> **Un Coll Tol** <br> **PO Box 140190** <br> **Toledo, OH  43614-0190** | | | Open account opened 4/06 | | | | 222.00 |
| ACCOUNT NO. <br> **Med1 West Side Emergency Phys Llp** | | | Assignee or other notification for: <br> Un Coll Tol | | | | |
| ACCOUNT NO. **17271823, 16259507** <br> **United Collection Bureau** <br> **For West Side Emergency Physicians** <br> **Po Box 140190** <br> **Toledo, OH  43614** | | | Collections for Medical/Dental bills. Open account opened 9/06 | | | | 427.00 |
| ACCOUNT NO. <br> **West Suburban Medical Center** <br> **West Side Emergency Physicians** <br> **3 Erie Ct** <br> **Oak Park, IL  60302-2519** | | | Assignee or other notification for: <br> United Collection Bureau | | | | |
| ACCOUNT NO. **214116, 341319** <br> **University Of Illinois At Chicago** <br> **Physicians Group** <br> **135 S Lasalle, Box 3293** <br> **Chicago, IL  60674-0001** | | | Medical/Dental bills | | | | 3,675.00 |

Sheet no. **23** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,592.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri** _____    Case No. _____
_____Debtor(s)_____ (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
#### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**University Of Illinois Hospital<br>3468 Paysphere Circle<br>Chicago, IL  60674-0034** | | | **Medical/Dental bill** | | | | **220.00** |
| ACCOUNT NO. **0790546640371, 079049474**<br>**University Of Illinois Medical Center<br>At Chicago Patient Accounts<br>PO Box 12199<br>Chicago, IL  60612-0199** | | | **Medical/Dental bill** | | | | **8,726.00** |
| ACCOUNT NO. **790546640375**<br>**University Of Illinois Medical Center<br>At Chicago Payment Center<br>PO Box 12442<br>Fort Wayne, IN  46863-2442** | | | **Medical/Dental bill** | | | | **336.00** |
| ACCOUNT NO.<br>**Nationwide Credit & Collection<br>9919 W Roosevelt Rd<br>Westchester, IL  60154-2774** | | | **Assignee or other notification for:<br>University Of Illinois Medical Center** | | | | |
| ACCOUNT NO.<br>**Village Of Riverside<br>Tickets<br>31 Riverside Rd<br>Riverside, IL  60546-2264** | | | **tickets** | | | | **50.00** |
| ACCOUNT NO. **8788620a**<br>**Wellington Radiology<br>9410 Compubill Dr<br>Orland Park, IL  60462-2627** | | | **Medical/Dental bill** | | | | **19.00** |
| ACCOUNT NO. **4876-2769-5067-8028**<br>**West Suburban Medical Center<br>3 Erie Ct<br>Oak Park, IL  60302-2519** | | | **Medical/Dental bill** | | | | **2,111.00** |

Sheet no. **24** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,462.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Wright, Terri** _____   Case No. _____
        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Revenue Production Management**<br>**PO Box 830913**<br>**Birmingham, AL  35283-0913** | | | **Assignee or other notification for:**<br>**West Suburban Medical Center** | | | | |
| ACCOUNT NO.<br>**West Village Dental**<br>**2222 W Division St Ste 125**<br>**Chicago, IL  60622-2967** | | | **Medical/Dental bill** | | | | **573.00** |
| ACCOUNT NO. **5372947**<br>**York Center Fire Dept**<br>**1517 S Meyers Rd**<br>**Lombard, IL  60148-4728** | | | **Medical/Dental bill** | | | | **400.00** |
| ACCOUNT NO.<br>**Illinois Collection Serv**<br>**PO Box 646**<br>**Oak Lawn, IL  60454-0646** | | | **Assignee or other notification for:**<br>**York Center Fire Dept** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **25** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **973.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **88,882.10**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Wright, Terri**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Wright, Terri** _____      Case No. _____
                                Debtor(s)                                           (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Wright, Terri**                                                    Case No. _____
_____
Debtor(s)                                                               (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>**Dependent**<br>**Dependent** | AGE(S):<br>**16**<br>**6** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Not Working** | |
| How long employed | **3 months** | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)  DEBTOR   SPOUSE

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | | $ _____ | $ _____ |
| 2. Estimated monthly overtime | | $ _____ | $ _____ |
| **3. SUBTOTAL** | | $ **0.00** | $ _____ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|   a. Payroll taxes and Social Security | | $ _____ | $ _____ |
|   b. Insurance | | $ _____ | $ _____ |
|   c. Union dues | | $ _____ | $ _____ |
|   d. Other (specify) _____ | | $ _____ | $ _____ |
| | | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | | $ **0.00** | $ _____ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | | $ **0.00** | $ _____ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | | $ _____ | $ _____ |
| 8. Income from real property | | $ _____ | $ _____ |
| 9. Interest and dividends | | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ _____ | $ _____ |
| 11. Social Security or other government assistance (Specify) _____ | | $ _____<br>$ _____ | $ _____<br>$ _____ |
| 12. Pension or retirement income | | $ _____ | $ _____ |
| 13. Other monthly income (Specify) **Unemployment** | | $ **1,926.00**<br>$ _____<br>$ _____ | $ _____<br>$ _____<br>$ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | | $ **1,926.00** | $ _____ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | | $ **1,926.00** | $ _____ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ **1,926.00**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE __Wright, Terri_____   Case No. _____
          Debtor(s)                                          (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,000.00 |
|   a. Are real estate taxes included?   Yes ____ No ✓ | |
|   b. Is property insurance included?  Yes ____ No ✓ | |
| 2. Utilities: | |
|   a. Electricity and heating fuel | $ 200.00 |
|   b. Water and sewer | $ |
|   c. Telephone | $ 45.00 |
|   d. Other  **See Schedule Attached** | $ 140.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 350.00 |
| 5. Clothing | $ 35.00 |
| 6. Laundry and dry cleaning | $ 10.00 |
| 7. Medical and dental expenses | $ 75.00 |
| 8. Transportation (not including car payments) | $ 125.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|   a. Homeowner's or renter's | $ |
|   b. Life | $ |
|   c. Health | $ |
|   d. Auto | $ 47.00 |
|   e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|   (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|   a. Auto | $ |
|   b. Other | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other  **Personal Care & Grooming** | $ 50.00 |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     | $ 2,077.00 |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

### 20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ 1,926.00 |
|   b. Average monthly expenses from Line 18 above | $ 2,077.00 |
|   c. Monthly net income (a. minus b.) | $ -151.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Wright, Terri**                                                Case No. _____
                        Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 1**

Other Utilities
**Cell Phone**                                                                              **50.00**
**Internet**                                                                                **40.00**
**Cable**                                                                                   **50.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Wright, Terri _____    Case No. _____
              Debtor(s)                                                      (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____40 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **March  7, 2008** _____    Signature: **/s/ Terri Wright** _____
                                                  **Terri Wright**                              Debtor

Date: _____    Signature: _____
                                                                (Joint Debtor, if any)
                                                         [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                           _____
                                                  (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                        Case No. _____

Wright, Terri                                                                    Chapter **7** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 39,000.00 | Estimated 2006 income from employment |
| 60,073.00 | Estimated 2007 income from employment |
| 0.00 | Estimated 2008 year to date income from employment |

**Debtor was laid off Dec 2007**

---

### 2. Income other than from employment or operation of business

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **2/08/2008** | **351.00** |

### 10. Other transfers

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4205 W Cortez St, Chicago, IL  60651** | | |

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☑   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **March  7, 2008** _____    Signature **/s/ Terri Wright** _____
of Debtor                                               **Terri Wright**

Date: _____    Signature _____
of Joint Debtor
(if any)

_____**0**_____ continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Wright, Terri**                                                        Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☐ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **None** | | | | | |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| | | | | | |

| 03/07/2008 | */s/ Terri Wright* | | |
|---|---|---|---|
| Date | **Terri Wright** | Debtor | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                        Case No. _____

Wright, Terri _____    Chapter **7** _____
                          Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **160**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **March  7, 2008** _____    */s/ Terri Wright* _____
                                          Debtor


                                          _____
                                          Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Wright, Terri**
**1831 S Springfield**
**1st Floor**
**Chicago, IL  60623**

**Amsher Coll**
**600 Beacon Pkwy We Suite 300**
**Birmingham, AL  35209**

**C Michael, DDS**
**C/O Leahy & Associates**
**310 S Racine Ave Ste 700**
**Chicago, IL  60607-2841**

**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**

**Anchor Receivables Management**
**PO Box 41003**
**Norfolk, VA  23541-1003**

**Calvary Portfolio/collection**
**3rd Floor**
**Hawthorne, NY  10532**

**AAM Inc**
**30 Georgetown Square Ste 104**
**Wood Dale, IL  60191**

**Anderson Fin Network**
**PO Box 3427**
**Bloomington, IL  61702-3427**

**Cash Flow Consultants**
**PO Box 1527**
**Bridgeview, IL  60455-0527**

**Acl Collection Services**
**PO Box 27901**
**Milwaukee, WI  53227-0901**

**Armor Systems Co**
**2322 N Green Bay Rd**
**Waukegan, IL  60087-4209**

**Cbe Group**
**131 Tower Pkwy, Ste 100**
**PO Box 2635**
**Waterloo, IA  50704-2635**

**Acl Laboratories**
**8901 W Lincoln Ave**
**West Allis, WI  53227-2409**

**Arnold Scott Harris**
**600 W. Jackson Blvd, Suite 720**
**PO Box 5625**
**Chicago, IL  60680-5625**

**Certegy Payment Recovery**
**11601 Roosevelt Blvd N**
**Saint Petersburg, FL  33716-2202**

**Advanced Respiratory Supply**
**PO Box 597757**
**Chicago, IL  60659-7757**

**AT & T**
**PO Box 806**
**Norwell, MA  02061-0806**

**Certified Services Inc**
**For Lakeview Anesthesia**
**1733 Washington St Uppr 2**
**Waukegan, IL  60085-5192**

**Advocate Illinois Masonic**
**PO Box 510410**
**Saint Louis, MO  63151-0410**

**At&T**
**PO Box 8212**
**Aurora, IL  60572-8212**

**Check N Go**
**800 N Kedzie Ave**
**Chicago, IL  60651-4100**

**Advocate Illinois Masonic**
**PO Box 711943**
**Cincinnati, OH  45271-0001**

**At&T Broadband**
**PO Box 173885**
**Denver, CO  80217-3885**

**Chex Systems**
**7805 Hudson Rd Ste 100**
**Saint Paul, MN  55125-1595**

**Afni Inc**
**PO Box 3427**
**Bloomington, IL  61702-3427**

**Athletico Sports Medicine**
**2450 Wolf Rd**
**Westchester, IL  60154-5634**

**Chicago Central Emergency**
**C/O United Collections Bureau**
**3131 S Dixie Dr Ste 600**
**Dayton, OH  45439-2236**

**Allgate Financial Llc**
**For Check N Go**
**707 Skokie Blvd Ste 375**
**Northbrook, IL  60062-2882**

**Blockbuster 17387**
**200 Lake St**
**Oak Park, IL  60302-2609**

**Chicagoland Orthodontics Specialists**
**2500 S Highland Ave Ste 100**
**Lombard, IL  60148-5381**

Christine Michaels
2500 S Highland Ave Ste 100
Lombard, IL  60148-5381

Dominicks Finer Foods
C/O Merchant's Credit Guide
223 W Jackson Blvd
Chicago, IL  60606-6908

Fma Alliance, Ltd
11811 North Fwy Ste 900
Houston, TX  77060-3292

Citizens Financial
3853 45th St
Highland, IN  46322-3009

Dr Jeffrey Manasse & Associates
PO Box 822
Park Ridge, IL  60068-0822

Forest General Hospital
6051 U S Highway 49
Hattiesburg, MS  39401-7200

City Of Chicago Bureau Of Parking
Dept Of Revenue
333 S State St Ste 540
Chicago, IL  60604-3992

Dupage Emergency Physicians
609 Academy Dr
Northbrook, IL  60062-2420

Frank W Zappa, Dpm
1000 Lake St Ste B
Oak Park, IL  60301-1128

Cmntyprp Mng
2901 Butterfield Rd
Oak Brook, IL  60523-1106

Enhanced Recovery Corporation
PO Box 1967
Southgate, MI  48195-0967

Friedman & Wexler
500 W Madison St Ste 2910
Chicago, IL  60661-4571

Columbia Water Department
502 Courthouse Sq
Columbia, MS  39429-2906

Enterprise Rent A Car
10S636 Kingery Hwy
Willowbrook, IL  60527-0730

Gamepro
PO Box 37577
Boone, IA  50037-0577

Com Ed Exelon
Bankruptcy
2100 Swift Dr
Oak Brook, IL  60523-1559

Evergreeen Professional Recoveries
PO Box 666
Bothell, WA  98041-0666

Gautam Gupta, MD
6090 Strathmoor Dr Ste 4
Rockford, IL  61107-5200

Comcast
PO Box 3002
Southeastern, PA  19398-3002

Ffcc-columbus Inc
1550 Old Henderson Rd
Columbus, OH  43220-3626

Genesis Clinical Labs
3231 Euclid Ave
Berwyn, IL  60402-3471

Credit Protect Assoc
PO Box 802068
Dallas, TX  75380-2068

Fingerhut
PO Box 1250
Saint Cloud, MN  56395-1250

Good Samaritan Hospital
3815 Highland Ave
Downers Grove, IL  60515-1500

Credit Protection Assoc
13355 Noel Rd Ste 2100
Dallas, TX  75240-6837

First Consumers National Bank
PO Box 19657
Irvine, CA  92623-9657

Harris & Harris
600 W Jackson Blvd Ste 700
Chicago, IL  60661-5629

Dish Network
Dept 0063
Palatine, IL  60055-0001

First Revenue Assurance
PO Box 5818
Denver, CO  80217-5818

Harvard Collection Services
4839 N Elston Ave
Chicago, IL  60630-2534

Harvard Family Physicians
2325 S Harvard Ave Ste 108
Tulsa, OK  74114-3309

Illinois Collection Serv
PO Box 646
Oak Lawn, IL  60454-0646

Loyola University Medical Center
2160 S 1st Ave
Maywood, IL  60153-3328

Head & Neck & Cosmetic Surgergy Assoc
135 S Lasalle, Dept 4736
Chicago, IL  60674-0001

Illinois Masonic Medical Center
836 W Wellington Ave
Chicago, IL  60657-5147

M Ramez Salem MD And Assoc
222 E Dundee Rd
Wheeling, IL  60090-3009

Healthcare Associates For Women
C/O Westbank
1 Westbrook
Westchester, IL  60154

Immc Radiologist
9410 Compubill Dr
Orland Park, IL  60462-2627

Marion County Health Dept
908 Sumrall Rd
Columbia, MS  39429-2652

Healthcare For Women
Attn:  Accounting Dept
3 Westbrook Corp Ctr Ste 100
Westchester, IL  60154-5727

IQ Telecom
3221 Burr Oak Ave
Blue Island, IL  60406-1829

Marion Medical Center
1200 Military St S
Hamilton, AL  35570-5003

Highland Furniture
500 N Highland Ave
Aurora, IL  60506-2938

K Kenneth Eng, MD, SC
PO Box 4008
Schaumburg, IL  60168-4008

Mark Allen Berk, MD
3000 N Halsted St Ste 201
Chicago, IL  60657-5190

Home Sleep Diagnostics
2522 W Peterson Ave
Chicago, IL  60659-4109

K-Mart
100 Crisler Ave
Crescent Springs, KY  41017-1657

MCI APD - Bankruptcy
500 Technology Dr Ste 300
Weldon Spring, MO  63304-2219

I C System
PO Box 64378
Saint Paul, MN  55164-0378

Kca Financial Svcs
For U Of I Dept Of Pediatrics
628 North St
Geneva, IL  60134-1356

Med Busi Bur
1460 Renaissance D Suite 400
Park Ridge, IL  60068

Illinois Collection Se
For Univ Of Ill. Dept Of Orthopedics
8231 185th St Ste 100
Tinley Park, IL  60487-9356

Lakeview Anesthesia
PO Box 70
Lake Forest, IL  60045-0070

Medical Collection Systems
725 S Wells St Ste 700
Chicago, IL  60607-4578

Illinois Collection Se
8231 185th St Ste 100
Tinley Park, IL  60487-9356

Law Offices Of Mitchell N Kay
205 W Randolph St Ste 920
Chicago, IL  60606-1814

Medical Recovery Specialists, Inc.
2250 E Devon Ave Ste 352
Des Plaines, IL  60018-4521

Illinois Collection Serv
3101 W 95th St
Evergreen Park, IL  60805-2407

Leahy & Associates
310 S Racine Ave Ste 700
Chicago, IL  60607-2841

Medical Recovery Specialists, Inc.
2200 E Devon Ave Ste 288
Des Plaines, IL  60018-4521

Merchants Credit Guide Co.
Executive Offices
223 W Jackson Blvd Ste 900
Chicago, IL  60606-6912

Mrsi
2250 E Devon Ave Ste 352
Des Plaines, IL  60018-4521

Park Dansan Collections
PO Box 248
Gastonia, NC  28053-0248

Mercy Hospital And Medical Center
Physician Billing
2525 S Michigan Ave # 2
Chicago, IL  60616-2333

National Credit Adjustors
327 W 4th Ave
Hutchinson, KS  67501-4842

Payam Zarei, DDS
1752 N Taft Ave
Berkeley, IL  60163-1555

Michael A Angileri
3 Golf Ctr Ste 352
Hoffman Estates, IL  60169-4910

Nationwide Credit & Collection
9919 W Roosevelt Rd
Westchester, IL  60154-2774

Pellettieri & Associates
991 Oak Creek Dr
Lombard, IL  60148-6408

Mid America Real Estate
1 Parkview Plz Ste 900
Oakbrook Terrace, IL  60181-4731

Nco/ Collection Agency
PO Box 4907
Trenton, NJ  08650-4907

Peoples Energy
130 E Randolph St
Chicago, IL  60601-6207

Midland Credit Management
8875 Aero Dr Ste 200
San Diego, CA  92123-2255

Nco/ Collection Agency
PO Box 7602
Fort Washington, PA  19034

Peoples Engy
130 E Randolph St
Chicago, IL  60601-6207

Midwest Diagnostic Pathology, Sc
641 E Butterfield Rd Ste 407
Lombard, IL  60148-5605

Newport News
5100 City Line Road
Hampton, VA  23630-2000

Plaza Associates
PO Box 18008
Hauppauge, NY  11788-8808

Midwest Orthopaedics At Rush
1725 W Harrison St Ste 1063
Chicago, IL  60612-3835

Northland Group
7831 Glenroy Rd Ste 350
Minneapolis, MN  55439-3108

Prime Cable Of Chicago
4501 W Irving Park Rd
Chicago, IL  60641-2810

Millenium Credit Consultants
PO Box 18160
Saint Paul, MN  55118-0160

Northwestern Medical Faculty Foundatoin
38693 Eagle Way
Chicago, IL  60678-1386

Reed Smith
10 S Wacker Dr
Chicago, IL  60606-7453

Mississippi Electric
308 Moselle Seminary Rd
Moselle, MS  39459-8934

Oak Park Hospital
Patient Accts
520 S Maple Ave
Oak Park, IL  60304-1022

Retrieval Masters Credit Bureau
2269 Saw Mill River Rd Ste 3
Elmsford, NY  10523-3848

Money Control, Inc
7891 Mission Grove Pkwy S Ste A
Riverside, CA  92508-6004

Our Lady Of Resurrection Medical Center
5645 W Addison St
Chicago, IL  60634-4403

Revenue Production Management
PO Box 830913
Birmingham, AL  35283-0913

Risk Management Alternatives
PO Box 105816
Atlanta, GA  30348-5816

Sleep Diagnostics
3322 W Arthur Ave
Lincolnwood, IL  60712-3806

Troy Q. Smith & Assoc
100 W Roosevelt Rd Bldg B-7
Wheaton, IL  60187-5260

Risk Management Alternatives
2200 S Busse Rd
Mount Prospect, IL  60056-5543

Sparkling Spring Water Co
700 N Deerpath Dr
Vernon Hills, IL  60061-1802

True Logic Financial Corporation
PO Box 4437
Englewood, CO  80155-4437

Roaman's
PO Box 8383
Indianapolis, IN  46283-8383

State Collection Service
2509 S Stoughton Rd
Madison, WI  53716-3314

U Of I Dept Of Pediatrics Ww
1740 W Taylor St
Chicago, IL  60612-7232

Roamans Inc Bank Card Def
PO Box 4408
Taunton, MA  02780-0433

Statewide Cr
PO Box 781268
Indianapolis, IN  46278-8268

U Of I E/R
1740 W Taylor St
Chicago, IL  60612-7232

Robert Glick DPM
1630 W 18th St
Chicago, IL  60608-2817

T Mobile
PO Box 742596
Cincinnati, OH  45274-2596

U Of Il Hosp Model Clinics
809 S Marshfield Ave, 9th Flr
Chicago, IL  60612-4305

Rush Oak Park Hospital
520 S Maple Ave
Oak Park, IL  60304-1022

T Mobile
PO Box 702727
Dallas, TX  75370-2727

Uic Pathology
4810 Paysphere Circle
Chicago, IL  60674-0048

Rush University Medical Center
Emergency Services
22758 Network Place
Chicago, IL  60673-1227

Tcf Bank
800 Burr Ridge Pkwy
Burr Ridge, IL  60527-6486

Un Coll Tol
PO Box 140190
Toledo, OH  43614-0190

Rush University Medical Center
1700 W Van Buren St Rm 161
Chicago, IL  60612-3228

Telecheck
5251 Westheimer Rd
Houston, TX  77056-5412

United Collection Bureau
For West Side Emergency Physicians
Po Box 140190
Toledo, OH  43614

Sbc
Bankruptcy Dept
225 W Randolph St Ste 27A
Chicago, IL  60606-1838

Transworld Systems
25 NW Point Blvd Ste 750
Elk Grove Village, IL  60007-1058

Univ Of Ill - Radiology
1740 W Taylor St # 2483
Chicago, IL  60612-7232

Silkies
PO Box 34369
Lancaster, SC  29722-0001

Tri-County Accounts Bureau
PO Box 515
Wheaton, IL  60189-0515

Univ Of Illinois Dept Of Orthopedics
1801 W Taylor St
Chicago, IL  60612-4319

**University Of Illinois At Chicago
Physicians Group
135 S Lasalle, Box 3293
Chicago, IL  60674-0001**

**West Village Dental
2222 W Division St Ste 125
Chicago, IL  60622-2967**

**University Of Illinois Hospital
3468 Paysphere Circle
Chicago, IL  60674-0034**

**York Center Fire Dept
1517 S Meyers Rd
Lombard, IL  60148-4728**

**University Of Illinois Medical Center
At Chicago Patient Accounts
PO Box 12199
Chicago, IL  60612-0199**

**University Of Illinois Medical Center
At Chicago Payment Center
PO Box 12442
Fort Wayne, IN  46863-2442**

**Verizon Wireless
404 Brock Dr
Bloomington, IL  61701-2654**

**Verizon Wireless
777 Big Timber Rd
Elgin, IL  60123-1488**

**Village Of Riverside
Tickets
31 Riverside Rd
Riverside, IL  60546-2264**

**Wellington Radiology
9410 Compubill Dr
Orland Park, IL  60462-2627**

**West Suburban Medical Center
3 Erie Ct
Oak Park, IL  60302-2519**

**West Suburban Medical Center
West Side Emergency Physicians
3 Erie Ct
Oak Park, IL  60302-2519**